AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 27, 2020

SEAN F. McAVOY, CLERK

Mid-Century Insurance Company

       *Plaintiff*

v.

Vernice Zanco

       *Defendant*

Civil Action No. 2:20-cv-00045-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion to Stay Proceedings is DENIED. Defendant's Rule 12(b)(6) Motion to Dismiss is DENIED. Plaintiff's Motion for Summary Judgment is GRANTED.

The Mid-Century Insurance Company "Apartment Owners Liability Insurance Policy" No. 60487-27070 issued to Vernice Zanco University South & East LLC does not provide for either the defense of, or indemnity coverage for, the personal injury claims and alleged damages plead in any of the subject lawsuits involving claims by Kimberly Quartararo against Vernice Zanco occurring at Vernice Zanco's personal home at 615 S. Shoreline Drive, Spokane County, Washington on June 27, 2015; and Mid-Century Insurance Company has no further duty to defend defendant Vernice Zanco in any of the subject lawsuits involving claims by Kimberly Quartararo against Vernice Zanco occurring at Vernice Zanco's personal home on June 27, 2015 and may withdraw from her defense.

This action was:

☑ decided by Judge  Stanley A. Bastian  on a Motion for Summary Judgment.

Date:  April 27, 2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Courtney Piazza
       *(By) Deputy Clerk*

Courtney Piazza